1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS ALLAN ELDER** ) <br> xxx-xx-7780 ) <br> ) <br> ) <br>          **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br>          **Defendant.** ) <br> _____ ) | Case No.  **2:12-CV-0769 CKD** <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from September 24, 2012, to October 25, 2012.  Plaintiff's counsel has two other briefs due within the same five day period as Mr. Elder's brief and needs to extend the due date for his summary judgment motion.   This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: September 18, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: September 18, 2012        Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/Patrick Snyder
PATRICK SNYDER

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 19, 2012          /s/ Carolyn K. Delaney
                                   CAROLYN K. DELANEY
                                   U.S. MAGISTRATE JUDGE