1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8

                    **IN THE UNITED STATES DISTRICT COURT**
9
                      **EASTERN DISTRICT OF CALIFORNIA**
10

11  **THOMAS ALLAN ELDER**           )    **Case No.  2:12-CV-0769 CKD**
    **xxx-xx-7780**                  )
12                                   )
                                     )
13                                   )    **STIPULATION AND**
                                     )    **ORDER EXTENDING PLAINTIFF'S**
14           **Plaintiff,**          )    **TIME TO FILE SUMMARY**
                                     )    **JUDGMENT MOTION**
15  **v.**                           )
                                     )
16  **MICHAEL J. ASTRUE**            )
    **Commissioner of Social Security** )
17  **of the United States of America,** )
                                     )
18           **Defendant.**          )
                                     )
19  _____  )

20

21       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22  Plaintiff's time to file her summary judgment is hereby extended from September 24, 2012, to October

23  25, 2012.   Plaintiff's counsel has two other briefs due within the same five day period as Mr. Elder's

24  brief and needs to extend the due date for his summary judgment motion.    This is Plaintiff's first

25  requested extension on this case.

26  / / / /

27  / / / /

28  / / / /

1

1  Dated: September 18, 2012          */s/Bess M. Brewer*
                                      BESS M. BREWER
2                                     Attorney at Law

3                                     Attorney for Plaintiff

4

5
   Dated: September 18, 2012          Benjamin B. Wagner
6
                                      United States Attorney
7
                                      Donna L. Calvert
8                                     Acting Regional Chief Counsel, Region IX
                                      Social Security Administration
9
                                      /s/Patrick Snyder
10                                    PATRICK SNYDER

11                                    Special Assistant United States Attorney
                                      Attorneys for Defendant
12

13                                          **ORDER**

14 APPROVED AND SO ORDERED.

15 DATED: September 19, 2012            __/s/ Carolyn K. Delaney_____
                                        CAROLYN K. DELANEY
16                                      U.S. MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28