BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8926
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys For Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS ALLAN ELDER,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner Of Social Security,<br><br>  Defendant. | Case No.: 12-CIV-769 CKD<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

IT IS HEREBY STIPULATED, by and between Plaintiff Thomas Allan Elder (Plaintiff) and Defendant Michael J. Astrue, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. Defendant requires additional time to properly assess the issues Plaintiff has raised in his brief. The current due date is November 30, 2012.  The new due date will be December 31, 2012.

This is the first extension of time sought by the parties.

/ / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                  Respectfully submitted,

Dated: November 27, 2012     BESS M. BREWER

               By: /s/ *Bess M. Brewer*
               BESS M. BREWER
               (As authorized by email on November 26, 2012)
               Attorneys for Plaintiff

Dated: November 27, 2012     BENJAMIN B. WAGNER
               United States Attorney

               By: /s/ *Daniel Talbert*
               DANIEL TALBERT
               Special Assistant U. S. Attorney
               Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: November 29, 2012

               _____
               CAROLYN K. DELANEY
               UNITED STATES MAGISTRATE JUDGE