BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8926
Facsimile:  (415) 744-0134
E-Mail:  Daniel.Talbert@ssa.gov

Attorneys For Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS ALLAN ELDER, | Case No.: 12-CIV-769 CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF 15 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Thomas Allan Elder (Plaintiff) and Defendant Michael J. Astrue, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a second extension of time of fifteen (15) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  Defendant requires additional time to properly assess the issues Plaintiff has raised in his brief as they require coordination with agency components outside of the Commissioner's Regional Chief Counsel's Office.  The current due date is December 31, 2012.  The new due date will be January 15, 2013.

/ / /

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME                                    (CASE NO. 12-CIV-769 CKD)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 28, 2012                BESS M. BREWER

By: /s/ *Bess M. Brewer*
BESS M. BREWER
(As authorized by email on December 28, 2012)
Attorneys for Plaintiff

Dated: December 28, 2012                BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Elizabeth Firer*
Special Assistant U.S. Attorney *for*
DANIEL P. TALBERT
Special Assistant U. S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 01/02/2013                ___/s/ Carolyn K. Delaney_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE