BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8926
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys For Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS ALLAN ELDER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner Of Social Security,<br><br>    Defendant. | Case No.: 12-CIV-769 CKD<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

Upon remand from the Court, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision. The ALJ will further explain when and how Plaintiff Thomas Allan Elder's (Plaintiff) impairments medically improved in accordance with the regulations; reevaluate Plaintiff's credibility; evaluate the medical source opinions offered by Dr. Hilary A. Keegan, explaining the reasons for the weight given to these opinions in accordance with Social Security Ruling 96-2p; further evaluate whether Plaintiff has the residual functional capacity to perform his past relevant work; and if necessary, obtain supplemental vocational expert testimony

to assist in determining what jobs exist for Plaintiff given his age, education, vocational factors and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

DATED: January 7, 2013         /s/ Bess Brewer
                               BESS BREWER
                               (as authorized by email on January 7, 2013)

                               Attorney for Plaintiff

                               BENJAMIN B. WAGNER
                               United States Attorney

DATED: January 8, 2013    By   /s/ Daniel P. Talbert
                               DANIEL P. TALBERT
                               Special Assistant United States Attorney

                               Attorneys for Defendant

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated: January 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE